UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-00749-CJC(SSx)                                    Date: February 17, 2010

Title: <u>HEIDI AMAYA v. JASON JOHN VAN BEEK ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                              <u>     N/A     </u>
Deputy Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION AND VACATING HEARINGS ON MOTIONS TO DISMISS AND MOTION TO STRIKE** [filed 01/11/10 and 01/25/10]

     Defendants Jason John Van Beek and Amanda Potier have moved to dismiss Plaintiff Heidi Amaya's Second Amended Complaint in this mortgage action, and Ms. Potier has also moved to strike what she asserts is Ms. Amaya's Strategic Lawsuit Against Public Participation.  The hearings are scheduled for February 22, 2010 at 1:30 p.m.  Defendants Countrywide Home Loans, Inc., Northwest Trustee Services, Inc. and Central Mortgage Company have also moved to dismiss the Second Amended Complaint, and Central Mortgage Company also moves to expunge the lis pendens.  Those hearings are scheduled for March 1, 2010 at 1:30 p.m.  Ms. Amaya asserts the following causes of action: (1) Breach of Contract; (2) Breach of Covenant of Good Faith and Fair Dealing; (3) Fraud and Misrepresentation; (4) Negligent Misrepresentation; (5) Wrongful Foreclosure; (6) Vacate and Set Aside Foreclosure Sale; (7) Cancellation of Trustee's Deed Upon Sale; (8) Quiet Title; (9) Intentional Interference with Economic Advantage; (10) Negligent Interference with Economic Advantage; (11) Unfair Business Practices; (12) Intentional Infliction of Emotional Distress; (13) Rescission; and (14) Declaratory Relief.  These are all state law causes of action.  The Court orders the parties to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction.  Any opposition to this order to show cause shall be filed on or before March 8, 2010.  Any reply shall by filed on or before March 22, 2010.  The hearing on the order

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-00749-CJC(SSx)                         Date: February 17, 2010
                                                        Page 2

---

to show cause is scheduled for March 29, 2010 at 1:30 p.m.  The hearings on the motions to dismiss, motion to strike and motion to expunge lis pendens are VACATED and will be rescheduled, if necessary, after the Court has determined whether the case should be remanded to state court.

imd
MINUTES FORM 11
CIVIL-GEN                                               Initials of Deputy Clerk MU