UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-00749-CJC(SSx)            Date: May 6, 2013

Title: <u>HEIDI AMAYA v. JASON JOHN VAN BEEK ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER VACATING PRIOR ORDERS AND REMANDING ACTION TO STATE COURT**

       On March 24, 2010, the Court remanded this action to state court on the grounds that Plaintiff Heidi Amaya's Second Amended Complaint contained only state law causes of action. (Dkt. No. 114.) Ms. Amaya appealed the Court's order of remand to the Ninth Circuit Court of Appeals. In a memorandum decision filed March 21, 2013, the Ninth Circuit concluded that remand was required because Ms. Amaya's "original complaint provided no basis for federal subject matter jurisdiction, making removal improper." (Dkt. No. 129 [Mandate] at 2.) The Ninth Circuit directed this Court to vacate its prior orders and remand the action to state court. (*Id.*) Accordingly, the Court's prior orders in the action are **VACATED** and the case is **REMANDED** to Orange County Superior Court.

jmc

MINUTES FORM 11
CIVIL-GEN                                                                             Initials of Deputy Clerk MU